IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,           )
                                    )
                Plaintiffs,         )
                                    )          4:06CR3163
        v.                          )
                                    )
MICHAEL GILES,                      )
                                    )              ORDER
                Defendant.          )
                                    )

        IT IS ORDERED:

        1.  Defendant's motion for time, filing 18, is granted and
the deadline for defendant Michael Giles to file pretrial motions
is extended to January 10, 2007.

        2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between
December 13, 2006 and January 10, 2007 shall be deemed excludable
time in any computation of time under the requirements of the
Speedy Trial Act, for the reason that the parties require
additional time to adequately prepare the case, taking into
consideration due diligence of counsel, the novelty and
complexity of the case, and the fact that the failure to grant
additional time might result in a miscarriage of justice.  18
U.S.C. § 3161(h)(8)(A) & (B).

        DATED this 13th day of December, 2006.

                                BY THE COURT:

                                s/ David L. Piester
                                David L. Piester
                                United States Magistrate Judge